**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>CORIZON HEALTH CARE, et al.,   )<br>   )<br>   Defendants.   ) | No. 4:20 CV 1635 MTS |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's second motion to proceed in forma pauperis on appeal. Doc. [14]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal, Doc. [14] is **DENIED**.

Dated this 9th day of April, 2021.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE